146 A.3d 477

**WILLIAMS, James Tray**

v.

**STATE of Maryland**

**No. 295, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Application for leave to appeal denied by the Court of Special Appeals (No. 2910, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

146 A.3d 477

**YU**

v.

**MD. STATE DEPT. OF HEALTH AND MENTAL HYGIENE**

**No. 211 Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Administratively closed by the Court of Special Appeals (No. 545, Sept. Term, 2016).

Petition for writ of certiorari denied.